**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

UNITED STATES OF AMERICA                                                                          PLAINTIFF

vs.                                              NO. 4:04CR00291-11 JLH

MATHEW NORWOOD                                                                                    DEFENDANT

**ORDER**

Court convened on Thursday, February 5, 2009, for a hearing on the government's motion and supplemental motion to revoke defendant's supervised release. Documents #751 and #757. United States Attorney Jane Duke was present for the government. The defendant appeared in person with his attorney, Assistant Federal Public Defender Chris Tarver. United States Probation Officer Tony Villegas was also present.

Upon inquiry from the Court, the defendant did not contest the allegations contained in the motions. Following statements from counsel and the defendant, the Court determined that the motions to revoke should be granted. Documents #751 and #757.

IT IS THEREFORE ORDERED that the defendant is sentenced to a term of imprisonment of TIME SERVED. The defendant's conditions of supervised release are hereby modified to include the following:

- The defendant must participate in and successfully complete an in-patient substance abuse treatment program as directed by the United States Probation Office for a period of time to be determined .

- Upon successful completion of the substance abuse treatment program, defendant will enter a chemical-free living program as directed by the United States Probation Office for the remainder of his term of supervised release, currently set to expire on November 28, 2009.

In the event the defendant is found to be in violation of his conditions of supervised release, or is terminated from either the in-patient substance abuse treatment program or the chemical-free living program, prior to November 28, 2009, the government is directed to submit the appropriate motion and the Court will conduct a hearing.

The defendant will remain in the custody of the United States Marshal until space becomes available at the designated in-patient substance abuse treatment facility.

All other conditions of supervised release remain in full force and effect as previously imposed.

IT IS SO ORDERED this 5th day of February, 2009.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE