# N THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

UNITED STATES OF AMERICA                                                                 PLAINTIFF

v.                                           NO. 4:04CR00291-11 JLH

MATHEW NORWOOD                                                                           DEFENDANT

## AMENDED ORDER

The Judgment and Commitment Order entered on February 5, 2009, is hereby modified to reflect that defendant's term of supervised release will expire on **November 2, 2009**.

All other conditions of supervised release remain in full force and effect as previously imposed.

IT IS SO ORDERED this 12th day of February, 2009.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE